IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| H.H. JORDAN CONSTRUCTION COMPANY, *UNITED STATES FOR THE USE OF H.H. JORDAN CONSTRUCTION COMPANY* | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:04cv107WJG-JMR |
| ADDISON CONSTRUCTION, INCORPORATED, ST. PAUL FIRE AND MARINE INSURANCE COMPANY | DEFENDANTS |
| ADDISON CONSTRUCTION, INCORPORATED | COUNTER CLAIMANT |
| VERSUS | |
| H.H. JORDAN CONSTRUCTION COMPANY | COUNTER-DEFENDANT |

ORDER OF DISMISSAL

The parties having announced to the Court a settlement of this case and the Court being desirous that this matter be finally closed on its docket, it is, therefore.

ORDERED AND ADJUDGED that this case be, and is hereby, dismissed with prejudice as to all parties. If any party fails to consummate this settlement within twenty (20) days of the date of entry hereof, any aggrieved party may reopen the case for enforcement of the settlement agreement within ten (10) days thereafter, and if successful all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the settlement agreement.

This Court specifically retains jurisdiction for the purpose of the enforcement of this settlement.

SO ORDERED AND ADJUDGED this the 30th day of March, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE